# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2342
Lower Tribunal No. 2023-CC-020230

_____

AHMAD S. EL-GENDI,

Appellant,

v.

C&F FINANCE COMPANY,

Appellee.

_____

Appeal from the County Court for Orange County.
Doug Walker, Judge.

February 10, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and KAMOUTSAS, JJ., concur.


Ahmad S. El-Gendi, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED